

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No: |
| JAMAION WILSON (01) a/k/a "JD" | |

INDICTMENT 4-24CR-027-0

The Grand Jury Charges:

Count One
Unlawful Machinegun Possession
(Violation of 18 U.S.C. §§ 922(o) and 924(a)(2))

On or about May 9, 2023, in the Fort Worth Division of the Northern District of Texas, defendant **Jamaion Wilson**, also known as JD, did knowing possess a machinegun, that is: an olive-green colored, Palmetto State Armory, Palmetto Dagger, 9mm-caliber firearm that was equipped with a device that was designed and intended, and did enable said firearm, to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

**Indictment - Page 1**

Forfeiture Notice
(18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this Indictment, and under 18 U.S.C. § 924(d) and 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), defendant **Jamaion Wilson**, also known as JD, shall forfeit to the United States of America any item, property, tool, monetary instrument, and instrumentality involved in or used to commit or facilitate the offense alleged in Count One of this Indictment, or that represents the fruits of the offense alleged in Count One of this Indictment, and any firearm, ammunition, and any associated firearm accessory involved or used in the knowing commission of the offense alleged in Count One of this Indictment, including, but not limited to, an olive-green colored, Palmetto State Armory, Palmetto Dagger, 9mm-caliber firearm.

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

Original Signed by Grand Jury Foreperson.

_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Email: Frank.Gatto@usdoj.gov
Telephone: 817-252-5200
Email: Frank.Gatto@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

JAMAION WILSON
a/k/a "JD" (01)

---

INDICTMENT

18 U.S.C. §§ 922(o) and 924(a)(2)
Unlawful Machinegun Possession
Count 1

18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c)
Forfeiture Notice

---

A true bill rendered

FORT WORTH                                                                 FOREPERSON

Filed in open court this 14th day of February, 2024.

**Defendant on Conditions of Pretrial Release**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:23-MJ-750-BJ