IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Rearraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:24-CR-00027-P |
| Defendant | JAMAION WILSON (1), sworn |
| Court Reporter | Monica Guzman |
| Interpreter: | N/A |
| US Attorney: | Frank L Gatto – Shawn Smith |
| Defense Attorney: | John J Stickney-FPD |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | March 20, 2024 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the Indictment |

Deft TBS: July 11, 2024

PSI Referral Form to Defendant's Attorney
Scheduling Order to follow
Deft continued on bond

Deputy Clerk: Julie Harwell