ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:24-CR-027-P-1 |
| JAMAION WILSON   (01)<br>a/k/a "JD" | |

## FACTUAL RÉSUMÉ

Plea to One-Count Indictment, Illegal Machinegun Possession in Violation of 18 U.S.C. §§ 922(o) and 924(a)(2)

PENALTY:

- Imprisonment for a period not to exceed 10 years;
- A fine not to exceed $250,000, or both a fine and imprisonment;
- A supervised-release term not to exceed three years, which would follow any imprisonment term. If the defendant violates any of the supervised-release conditions, the court could revoke the defendant's supervised release and order the defendant to serve additional prison time;
- A $100 mandatory special assessment; and
- Forfeiture of property.

OFFENSE ELEMENTS:

The elements the government must prove beyond a reasonable doubt to establish the offense(s) alleged are:

First: The defendant knowingly possessed a machinegun; and

Second: The defendant knew it was a machine gun or was aware of the firearm's or device's essential characteristics that made it a machinegun as defined.

**Factual Resume – Page 1**

STIPULATED FACTS:

On or about May 9, 2023, Fort Worth police seized an olive-green colored, Palmetto State Armory, Palmetto Dagger, 9mm-caliber firearm from Jamaion Wilson's car. Further review of the Palmetto State firearm by an ATF expert revealed the firearm was equipped with a device that converted the firearm into a machinegun, that is: the device was designed and intended, and did enable the firearm, to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. Wilson admits he knowingly possessed the Palmetto State firearm, and he admits he knew the firearm was equipped with a device that enabled the Palmetto State firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

SIGNED this 8 day of March, 2024.

JAMAION WILSON  
Defendant

JOHN J. STICKNEY  
Counsel for Defendant