UNITED STATES OF AMERICA

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:24-CR-027-P (1) |
| | § | |
| JAMAION WILSON | § | |

**NOTICE OF APPEAL**

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant JAMAION WILSON, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

*/s/John J. Stickney*
JOHN J. STICKNEY
Asst. Federal Public Defender
Massachusetts State Bar No. 687134
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753 (TEL)
(817) 978-2757 (FAX)
John_J_Stickney@fd.org

**CERTIFICATE OF SERVICE**

I, John Stickney, hereby certify that on this the 15TH day of July 2024, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system.  This system sent a "Notice of Electronic Filing" to the United States Attorney.

*/s/ John J. Stickney*
John J. Stickney
Assistant Federal Public Defender